# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: WAGNER, RAYMOND J., JR.  § Case No. 12-27018
      WAGNER, DINA  §
        §
Debtor(s)  §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $421,180.82       Assets Exempt: $249,382.36
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,325.00       Claims Discharged
                                                        Without Payment: $433,146.88

Total Expenses of Administration: $1,175.00

---

    3) Total gross receipts of $ 4,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $4,500.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $6,225.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,175.00 | 1,175.00 | 1,175.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 435,437.00 | 326,710.88 | 326,710.88 | 3,325.00 |
| **TOTAL DISBURSEMENTS** | $441,662.00 | $327,885.88 | $327,885.88 | $4,500.00 |

    4) This case was originally filed under Chapter 7 on July 06, 2012. The case was pending for 9 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/01/2013          By: /s/RICHARD M. FOGEL
                                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Household Goods | 1129-000 | 1,450.00 |
| Wedding Rings | 1129-000 | 300.00 |
| Jewelry | 1129-000 | 900.00 |
| TD Ameritrade Investment Account | 1129-000 | 20.00 |
| 2006 Chrysler Town & Country Touring with 56,000 | 1129-000 | 1,030.00 |
| 2001 Ford Escape with 134,000 Miles Value Per KB | 1129-000 | 725.00 |
| Snow Blower, Ladders (2), Tools | 1129-000 | 75.00 |
| **TOTAL GROSS RECEIPTS** | | **$4,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Think Mutual Bank | 4110-000 | 6,225.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$6,225.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 1,125.00 | 1,125.00 | 1,125.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,175.00 | $1,175.00 | $1,175.00 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Express Bank, FSB | 7100-000 | 31,175.00 | 31,815.62 | 31,815.62 | 323.79 |
| 2 | Think Mutual Bank | 7100-000 | 5,155.00 | 5,494.42 | 5,494.42 | 55.92 |
| 3 | Think Mutual Bank | 7100-000 | 289,070.00 | 289,070.13 | 289,070.13 | 2,941.92 |
| 4 | GE Capital Retail Bank | 7100-000 | 276.00 | 330.71 | 330.71 | 3.37 |
| NOTFILED | Robbins, Salomon & Patt, Ltd. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Robbins, Salomon and Pratt, Ltd. | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Think Mutual Bank | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Trans Union LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Think Mutual Bank | 7100-000 | 109,070.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohl's Credit | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Experian Information Solutions, Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC/Menards | 7100-000 | 79.00 | N/A | N/A | 0.00 |
| NOTFILED | Equifax Information Services, LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBAC/Menards | 7100-000 | 12.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $435,437.00 | $326,710.88 | $326,710.88 | $3,325.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-27018  
**Case Name:** WAGNER, RAYMOND J., JR.  
WAGNER, DINA  
**Period Ending:** 04/01/13

**Trustee:** (330720)   RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 07/06/12 (f)  
**§341(a) Meeting Date:** 08/31/12  
**Claims Bar Date:** 01/09/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1    9133 Barberry Lane, Hickory Hills, Illinois 6045   Imported from original petition Doc# 1 | 180,000.00 | 0.00 | | 0.00 | FA |
| 2    Fifth Third Bank Checking Account   Imported from original petition Doc# 1 | 425.00 | 0.00 | | 0.00 | FA |
| 3    Fifth Third Bank Savings Account   Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 4    Think Mutual Bank Checking Account   Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 5    Think Mutual Bank Savings Account   Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 6    Urban Partnership Bank Checking Account   Imported from original petition Doc# 1 | 63.00 | 0.00 | | 0.00 | FA |
| 7    Urban Partnership Bank Savings Account   Imported from original petition Doc# 1 | 20.00 | 0.00 | | 0.00 | FA |
| 8    Urban Partnership Bank Savings Account   Imported from original petition Doc# 1 | 2.00 | 4.87 | | 0.00 | FA |
| 9    PNC Bank Checking Account   Imported from original petition Doc# 1 | 38.00 | 0.00 | | 0.00 | FA |
| 10   PNC Bank Savings Account   Imported from original petition Doc# 1 | 20.00 | 0.00 | | 0.00 | FA |
| 11   Household Goods   Imported from original petition Doc# 1 | 1,800.00 | 1,800.00 | | 1,450.00 | FA |
| 12   Personal Belongings   Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 13   Clothing   Imported from original petition Doc# 1 | 400.00 | 0.00 | | 0.00 | FA |
| 14   Wedding Rings   Imported from original petition Doc# 1 | 400.00 | 400.00 | | 300.00 | FA |
| 15   Jewelry   Imported from original petition Doc# 1 | 1,250.00 | 1,194.00 | | 900.00 | FA |
| 16   Term Life Insurance Policy   Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-27018  
**Case Name:** WAGNER, RAYMOND J., JR.  
WAGNER, DINA  
**Period Ending:** 04/01/13

**Trustee:** (330720)  RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 07/06/12 (f)  
**§341(a) Meeting Date:** 08/31/12  
**Claims Bar Date:** 01/09/13

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 17 | 401(K) with Urban Partnership Bank  Imported from original petition Doc# 1 | 6,951.00 | 0.00 | | 0.00 | FA |
| 18 | IRA through Sharebuilder  Imported from original petition Doc# 1 | 121,631.82 | 0.00 | | 0.00 | FA |
| 19 | IRA through Merrill Lynch  Imported from original petition Doc# 1 | 34,893.00 | 0.00 | | 0.00 | FA |
| 20 | IRA through TD Ameritrade  Imported from original petition Doc# 1 | 4,070.00 | 0.00 | | 0.00 | FA |
| 21 | Roth IRA with Sharebuilder  Imported from original petition Doc# 1 | 67,157.00 | 0.00 | | 0.00 | FA |
| 22 | Saturna IRA  Imported from original petition Doc# 1 | 755.00 | 0.00 | | 0.00 | FA |
| 23 | Saturna IRA  Imported from original petition Doc# 1 | 724.00 | 0.00 | | 0.00 | FA |
| 24 | Sharebuilder - SPY  Imported from original petition Doc# 1 | 725.00 | 0.00 | | 0.00 | FA |
| 25 | Sharebuilder Account - VB  Imported from original petition Doc# 1 | 2,551.00 | 0.00 | | 0.00 | FA |
| 26 | TD Ameritrade Investment Account  Imported from original petition Doc# 1 | 3,900.00 | 21.54 | | 20.00 | FA |
| 27 | 2006 Chrysler Town & Country Touring with 56,000  Imported from original petition Doc# 1 | 9,875.00 | 1,250.00 | | 1,030.00 | FA |
| 28 | 2001 Ford Escape with 134,000 Miles Value Per KB  Imported from original petition Doc# 1 | 3,220.00 | 820.00 | | 725.00 | FA |
| 29 | 2 Laptops, 2 Printers  Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 30 | Cat  Imported from original petition Doc# 1 | 5.00 | 0.00 | | 0.00 | FA |
| 31 | Snow Blower, Ladders (2), Tools  Imported from original petition Doc# 1 | 100.00 | 100.00 | | 75.00 | FA |
| 31 | Assets    Totals (Excluding unknown values) | **$441,725.82** | **$5,590.41** | | **$4,500.00** | **$0.00** |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-27018
**Case Name:** WAGNER, RAYMOND J., JR.
WAGNER, DINA
**Period Ending:** 04/01/13

**Trustee:** (330720) RICHARD M. FOGEL
**Filed (f) or Converted (c):** 07/06/12 (f)
**§341(a) Meeting Date:** 08/31/12
**Claims Bar Date:** 01/09/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** June 30, 2013   **Current Projected Date Of Final Report (TFR):** February 5, 2013 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 12-27018 | | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| Case Name: | WAGNER, RAYMOND J., JR. | | Bank Name: | The Bank of New York Mellon |
| | WAGNER, DINA | | Account: | 9200-******22-66 - Checking Account |
| Taxpayer ID #: | **-***8953 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 04/01/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/06/12 | | RAYMOND AND DINA WAGNER | Proceeds of sale of non-exempt personal property- per o/c 11/6/12 | | 4,500.00 | | 4,500.00 |
| | {11} | | 1,450.00 | 1129-000 | | | 4,500.00 |
| | {14} | | 300.00 | 1129-000 | | | 4,500.00 |
| | {15} | | 900.00 | 1129-000 | | | 4,500.00 |
| | {26} | | 20.00 | 1129-000 | | | 4,500.00 |
| | {27} | | 1,030.00 | 1129-000 | | | 4,500.00 |
| | {28} | | 725.00 | 1129-000 | | | 4,500.00 |
| | {31} | | 75.00 | 1129-000 | | | 4,500.00 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,475.00 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,450.00 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033072088 20130103 | 9999-000 | | 4,450.00 | 0.00 |

|  | ACCOUNT TOTALS | 4,500.00 | 4,500.00 | $0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers | 0.00 | 4,450.00 | |
|  | **Subtotal** | **4,500.00** | **50.00** | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | **NET Receipts / Disbursements** | **$4,500.00** | **$50.00** | |

{} Asset reference(s)

Printed: 04/01/2013 07:17 AM    V.13.13

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 12-27018 | | **Trustee:** | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| **Case Name:** | WAGNER, RAYMOND J., JR. | | **Bank Name:** | Rabobank, N.A. |
| | WAGNER, DINA | | **Account:** | ****740966 - Checking Account |
| **Taxpayer ID #:** | **-***8953 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 04/01/13 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 4,450.00 | | 4,450.00 |
| 03/05/13 | 10101 | RICHARD M. FOGEL | Dividend paid 100.00% on $1,125.00, Trustee Compensation; Reference: | 2100-000 | | 1,125.00 | 3,325.00 |
| 03/05/13 | 10102 | American Express Bank, FSB | 1.01% dividend on Claim # 1, Ref: XXXXXXXXXXXX3743 | 7100-000 | | 323.79 | 3,001.21 |
| 03/05/13 | 10103 | GE Capital Retail Bank | 1.01% dividend on Claim # 4, Ref: XXXXXXXX4518 | 7100-000 | | 3.37 | 2,997.84 |
| 03/05/13 | 10104 | Think Mutual Bank | Combined Check for Claims#2,3 | | | 2,997.84 | 0.00 |
| | | | Dividend paid 1.01% on 55.92 $5,494.42; Claim# 2; Filed: $5,494.42; Reference: XXXXXXXXXXXX5680 | 7100-000 | | | 0.00 |
| | | | Dividend paid 1.01% on 2,941.92 $289,070.13; Claim# 3; Filed: $289,070.13; Reference: XX3577 | 7100-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 4,450.00 | 4,450.00 | $0.00 |
| | | | Less: Bank Transfers | | 4,450.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 4,450.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $4,450.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******22-66** | 4,500.00 | 50.00 | 0.00 |
| **Checking # ****740966** | 0.00 | 4,450.00 | 0.00 |
| | $4,500.00 | $4,500.00 | $0.00 |

{} Asset reference(s)                                                                                                           Printed: 04/01/2013 07:17 AM    V.13.13